AO 257 (Rev. 6/78)

AMENDED

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

---

**OFFENSE CHARGED**

18 U.S.C. §§ 1960, 2 – Operation of an Unlicensed Money Services Business
18 U.S.C. § 1956(h) – Money Laundering Conspiracy

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attached penalty sheet

---

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**DEFENDANT - U.S**

▶ ALEXEI VIKTOROVICH BILUCHENKO

DISTRICT COURT NUMBER

3:22-cr-00255 VC

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation (FBI)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form    STEPHANIE M. HINDS

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Claudia A. Quiroz

---

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction   ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

**DATE OF ARREST** ▶  Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year _____

☒ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

**AMENDED PENALTY SHEET ATTACHMENT**

**ALEXEI VIKTOROVICH BILUCHENKO**
a/k/a "Alexsey Viktorovich Bilyuchenko"
a/k/a "Алексей Викторович Билюченко"

**COUNT ONE:**   **(18 U.S.C. §§ 1960, 2 – Operation of an Unlicensed Money Services Business)**

Maximum Penalties: (1) maximum term of 5 years' imprisonment; (2) $250,000 fine; (3) maximum term of supervised release of 1 year; (4) $100 special assessment

**COUNT TWO:**   **(18 U.S.C. § 1956(h) – Money Laundering Conspiracy)**

Maximum Penalties: (1) maximum term of 20 years' imprisonment; (2) $500,000 fine; (3) maximum term of supervised release of 3 years; (4) $100 special assessment